1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KAREN ANSELL,<br><br>       Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>       Defendant. | Case No. 4:23-cv-06024-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2, 4th Floor (Oakland)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(A)]**<br><br>Complaint filed: November 21, 2023 |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party shall bear her or its own attorneys' fees and costs and waives all rights of appeal.

**IT IS SO ORDERED.**

Dated: March 15, 2024

Hon. Haywood S. Gilliam, Jr
United States District Judge